# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| VICTOR TAGLE, SR., | ) | 3:16-cv-00148-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 18, 2017 |
| | ) | |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE OGDEN    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Request for Court's Order for Copy Work (ECF No. 34). Plaintiff states that he needs his copy work limit increased in order to submit discovery.  The court interprets Plaintiff's "request" as a motion to increase his copy work limit.

Plaintiff's Request for Court's Order for Copy Work (ECF No. 34) is **GRANTED.** Plaintiff's copy work limit shall be increased by $5.00 (which should provide Plaintiff up to 50 copies) to do his discovery.  The Clerk shall send a copy of this order extending copy work to the Chief of Inmate Services for NDOP (P.O. Box 7011 Carson City, NV  89702) so that the funds can be properly allocated.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
         Deputy Clerk