## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR TAGLE, SR., | 3:16-cv-00148-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | June 26, 2017 |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE OGDEN     REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Request for Removal from NDOC's Facilities, Due to the Obvious Danger, Court's and Authorities Intervention, due to D.A.G's Hardcastle, et al., Harassment, and Profesional (sic) Misconduct, Sanctions to the Defenders" (ECF No. 93). Plaintiff claims Clark Leslie tried to "murder me, through NDOC's personnel, and tamper with evidence, mail, et al.," "Hardcastle promises 'retaliation' and more, if I don't stop suing them," and various other things. (*Id.*)  Plaintiff's motion was (again) filed improperly in all of Plaintiff's cases.  (*See*, ECF No. 91 at 3.)

Plaintiff's motion (ECF No. 93) objects to and complains of the alleged actions of individuals who are not parties to this case.  In fact, Plaintiff's request does not even mention the named Defendant against whom Plaintiff's complaint of alleged excessive force arising at Ely State Prison was allowed to proceed. (ECF No. 6.)   In any event, Plaintiff's motion does not request any specific relief from the court, let alone provide factual or evidentiary support or legal authority for his motion.

Plaintiff's "Request for Removal from NDOC's Facilities, Due to the Obvious Danger, Court's and Authorities Intervention, due to D.A.G's Hardcastle, et al., Harassment, and Profesional (sic) Misconduct, Sanctions to the Defenders" (ECF No. 93) is **DENIED**.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK
By:       /s/
Deputy Clerk