# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR TAGLE, SR.,            ) | 3:16-cv-00148-MMD-WGC |
| Plaintiff,                    ) | |
| vs.                           ) | **ORDER** |
| STATE OF NEVADA, *et al.*,    ) | |
| Defendants.                   ) | |

Before the court is Plaintiff's "Response to Defendant's Ridiculos (sic), Repetitive, Lack of Sense, Obscene, Pre-Arranged with Judge Phonny (sic) Motions" (ECF No. 106) which Plaintiff filed on July 21, 2017, via the court's CM/ECF system. A duplicate of ECF No. 106 was filed this date as ECF No. 107. Plaintiff's filings (ECF Nos. 106, 107) were ostensibly submitted in opposition to Defendant Rowley's motion for extension of time to file a dispositive motion. (ECF No. 103, July 19, 2017), which extension was granted by the court and served electronically upon Plaintiff on July 20, 2017. (ECF No. 105.)[1]

The Plaintiff's two filings (ECF Nos. 106, 107) are nothing more than an unsupported diatribe against the Honorable Cam Ferenbach, U.S. Magistrate Judge, and a derogatory, salacious and lascivious assault on the character of Deputy Attorney General Hardcastle.

Fed. R. Civ. P. 12(f)(1) permits the court, on its own motion, to strike any "impertinent or scandalous matter." Assertions are "impertinent" if they are not responsive to the issues that arise in the

---

[1] The court's docket reflects its July 20, 2017, order was served on Plaintiff via the Lovelock Correctional Center Librarian at 10:25 a.m. on that same date. Thus, the court's order was entered well before Plaintiff's first response (ECF No. 106) which was filed at 2:19 p.m. on the day following the court's order. (NEF, ECF No. 106.)

1  action; a "scandalous" matter is "that which casts a cruelly derogatory light on a party or other person."
2  *Righthaven LLC v. Democratic Underground ,LLC*, 791 F.Supp.2d 968, 977 (D. Nev. 2011, Hunt, Chief
3  District Judge), citing *In re 2TheMart.com, Inc.* Sec. Litig., 114 F.Supp.2d 955, 965 (C.D. Cal. 2000).
4  Allegations will be stricken under Rule 12(f) if they contain "repulsive language or detract from the
5  dignity of the court." *Sierra Club v. Tri-State Generation and Transmission Ass'n, Inc.*, 173 F.R.D. 275,
6  285 (D. Colo. 1997).

7      The court finds Plaintiff's filings contain extensive impertinent and scandalous language.  In
8  accordance with Rule 12(f)(1), ECF Nos. 106, 107 are **STRICKEN** from the docket.

9      Plaintiff is cautioned that any future filings which contain any impertinent or scandalous
10  language could lead to the imposition of sanctions, including the dismissal of Plaintiff's action by the
11  U.S. District Court. LR IA 11-8(d).

12  **IT IS SO ORDERED.**
13  DATED:  July 25, 2017.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

2