**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR TAGLE, SR., | 3:16-cv-00148-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | August 29, 2017 |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE OGDEN          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Request for Disclosure of Defendant's Submission of Plaintiff Medical Records" (ECF No. 123). Plaintiff requests Defendant produce portions of Plaintiff's medical records that were filed under seal in support of Defendant's Motion for Summary Judgment. (ECF No. 123 at 1.)

Plaintiff's "Request for Disclosure of Defendant's Submission of Plaintiff Medical Records" (ECF No. 123) is **DENIED** as moot. Plaintiff should kite the appropriate NDOC official to request the opportunity to review Plaintiff's medical records which were filed under seal in support of Defendant's Motion for Summary Judgment.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  /s/
     Deputy Clerk