# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR TAGLE, SR., | 3:16-cv-00148-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | September 5, 2017 |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE OGDEN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Copy of Docket Sheet and Complaint (ECF No. 135). Plaintiff is advised he should not expect to receive free copies of the docket sheet and/or additional copies of court filings as a matter of course. However, in this instance, Plaintiff's request shall be granted on a one-time basis. Plaintiff is informed if in the future he wishes to have a copy of the docket sheet, he will have to order it in advance and pay for it. The Clerk's Office charges 50¢ per page for a copy of a docket sheet.

Plaintiff's Motion for Copy of Docket Sheet and Complaint (ECF No. 135) is therefore **GRANTED.** The Clerk of the Court is directed to send a copy of the docket sheet and complaint (ECF No. 7) in this matter to the Plaintiff.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:      /s/
         Deputy Clerk