# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR TAGLE, | Case No. 3:16-cv-00148-MMD-WGC |
| Plaintiff, | **ORDER** |
| v. | Re: ECF No. 60 |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

On April 21, 2017, Plaintiff filed a motion for summary judgment. (ECF No. 38.) On April 27, 2017, he filed a "response" to his own motion, where he clarifies that he is not seeking dismissal of his case but entry of default in his favor. (ECF No. 42.) Defendant has moved to strike the response, arguing that it is a fugitive document not permitted by the rules. (ECF No. 60.)

The court will construe Plaintiff's filing as a supplement to his motion for summary judgment, and will exercise its discretion to allow the document. It merely clarifies the relief sought, and Defendant had a chance to review it prior to filing their response to the motion. Plaintiff is cautioned that in the future if he wishes to file a supplement to a filing, he must seek leave of court before filing the document or the document will be stricken.

Defendant's motion to strike (ECF No. 60) is **<u>DENIED</u>**.

**IT IS SO ORDERED.**

DATED: October 5, 2017.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE